UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHELLE LEE | : | CIVIL ACTION NO. |
|  | : | 3:22-CV-00819-SVN |
| Plaintiff, | : | |
|  | : | |
| v. | : | |
|  | : | |
| PORTFOLIO ADVISORS, LLC, BRIAN MURPHY, JESSE EISENBERG, WILLIAM INDELICATO, and ADAM CLEMENS | : | |
|  | : | |
| Defendants. | : | DECEMBER 13, 2022 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii), the parties, by and through their undersigned counsel, hereby stipulate to, and jointly move for, dismissal with prejudice of the above-referenced action, with each party to bear their own attorneys' fees and costs.

**PLAINTIFF,**
**MICHELLE LEE**

By: /s/ Todd Steigman
Todd Steigman (ct26875)
tsteigman@mppjustice.com
MADSEN, PRESTLEY & PARENTEAU, LLC
402 Asylum Street
Hartford, CT  06103
Telephone: (860) 246-2466
Facsimile:  (860) 246-1794

*Local Counsel for Plaintiff*

Charles H. Jung (*pro hac vice*)
charles@njfirm.com
Andy Kislik (*pro hac vice*)
andy@njfirm.com

**DEFENDANTS,**
**PORTFOLIO ADVISORS, LLC, BRIAN MURPHY, JESSE EISENBERG, WILLIAM INDELICATO AND ADAM CLEMENS**

By: /s/ Marc L. Zaken
Marc L. Zaken (CT03110)
marc.zaken@ogletreedeakins.com
Kelly M. Cardin (CT29162)
kelly.cardin@ogletreedeakins.com
Chelsea R. Sousa (CT30991)
chelsea.sousa@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
281 Tresser Boulevard, Suite 602
Stamford, CT 06901
Telephone: 203-969-3101
Facsimile: 203-969-3150

NASSIRI & JUNG LLP  
1700 Montgomery Street   *Counsel for Defendants*  
Suite 207  
San Francisco, CA 94111  
Telephone: 415-762-3100  
Facsimile: 415-534-3200  

*Lead Counsel for Plaintiff*